**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Zyacorp Entertainment I, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **02-0506770** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **PO Box 16366** <br> **Hooksett, NH 03106-6366** <br> Number, Street, City, State & ZIP Code <br><br> **Merrimack** <br> County |

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | Zyacorp Entertainment I, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply.*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

Debtor   **Zyacorp Entertainment I, LLC**                                    Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .
*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Zyacorp Entertainment I, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Zyacorp Entertainment I, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2022**
                    MM / DD / YYYY

**X /s/ Judith Labbe-Huard**          **Judith Labbe-Huard**
Signature of authorized representative of debtor     Printed name

Title   **Authorized Representative**

**18. Signature of attorney**

**X /s/ Morgan C. Nighan**      Date **December 15, 2022**
Signature of attorney for debtor         MM / DD / YYYY

**Morgan C. Nighan**
Printed name

**Nixon Peabody LLP**
Firm name

**900 Elm Street**
**Manchester, NH 03060**
Number, Street, City, State & ZIP Code

Contact phone   **(603) 628-4000**     Email address   **mnighan@nixonpeabody.com**

**BNH #07333**
Bar number and State

Debtor    **Zyacorp Entertainment I, LLC**                                    Case number (*if known*) _____
_____
Name

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor | **Zyacorp Inc.** | | | Relationship to you | | **Affiliate** |
| District | **New Hampshire** | When | **12/15/22** | Case number, if known | | |
| Debtor | **Zyacorp Entertainment II, LLC** | | | Relationship to you | | **Affiliate** |
| District | **New Hampshire** | When | **12/15/22** | Case number, if known | | |

## ZYACORP ENTERTAINMENT I, LLC
## Written Consent of the Voting Members

The undersigned, being the holder of all the Membership Interests of Zyacorp Entertainment I, LLC, a New Hampshire limited liability company (the "Company"), entitled to vote, hereby consents to the adoption as of October 1, 2022, of the following resolutions as and for the action of the Members of the Company, without meeting, and agree that this Consent shall be filed with the records of the actions of the Members and that such resolutions may be certified by any Manager or officer as being in all respects duly adopted:

RESOLVED: That, in the judgment of the undersigned Member of the Company, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company and the Company's subsidiaries shall be, and hereby are, authorized, empowered, and directed to file or cause to be filed a voluntary petition for relief under the provisions of chapter 7 of title 11 of the United States Code, in the United States Bankruptcy Court for the District of New Hampshire, or another court of proper jurisdiction.

FURTHER
RESOLVED: That Judith P. Labbe-Huard be, and hereby is, authorized and empowered to execute and deliver, in the name and on behalf of the Company, all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all actions that she deems necessary, appropriate, or desirable to commence a voluntary petition under Chapter 7 of Title 11 of the United States Code.

FURTHER
RESOLVED: That Ms. Labbe-Huard, be, and hereby is, authorized and empowered to execute and deliver, in the name and on behalf of the Company, (a) such regulatory, corporate governance, and administrative filings and other similar documents such as but not limited to amendments or insurance documents as may be necessary or desirable, in Ms. Labbe-Huard's discretion, for the Company's operations and its subsidiaries; and (b) legal notices or acknowledgments, contracts, amendments or other agreements between the Company, its subsidiaries, and their respective vendors or third party service providers in Ms. Labbe-Huard's discretion.

DocuSigned by:

_____
3BC87F34543C42E...
Elaine M.S. Adam, as Trustee of the
Mark T. Adam Ownership Trust
dated April 14, 2009

**Fill in this information to identify the case:**

Debtor name  **Zyacorp Entertainment I, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ☐ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$262,080.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$4,371,547.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **PPP Forgiveness** | **$408,670.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | **NH GAP, ME state grant, EIDL, Class Action Settlement** | **$540,989.00** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Zyacorp Entertainment I, LLC**                                    Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/26 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

□ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Judith Labbe-Huard** <br> **PO Box 16366** <br> **Hooksett, NH 03106-6366** <br> **Officer** | **01/03/22** <br> **01/31/22** <br> **02/28/22** <br> **03/31/22** <br> **04/29/22** <br> **06/01/22** | **$13,135.00** | **Services** |
| 4.2. **Judith Labbe-Huard** <br> **PO Box 16366** <br> **Hooksett, NH 03106** | **06/23/22** <br> **11/14/22** | **$12,300.00** | **Retainer** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CPSP LLC v. Zyacorp Entertainment I, LLC** <br> **PORDC-SA-2022-00291** | | **Maine State Court (Portland)** <br> **205 Newbury St** <br> **Portland, ME 04101-4125** | ■ Pending <br> □ On appeal <br> □ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor __Zyacorp Entertainment I, LLC__     Case number *(if known)* _____

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **Swim With A Mission, Inc.**<br>**1 Hardy Rd # 127**<br>**Bedford, NH 03110-4915** | | **12/22/2020** | **$2,189.18** |
| | Recipients relationship to debtor | | | |

---

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Judith Labbe-Huard**<br>**PO Box 16366**<br>**Hooksett, NH 03106-6366** | | **06/23/2022**<br>**11/14/2022** | **$12,300.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor **Zyacorp Entertainment I, LLC**                                  Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **80 Palomino Ln Ste 204 Bedford, NH 03110-6447** | **2000 to 06/2021** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Zyacorp Entertainment I, LLC**                                    Case number *(if known)*

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Northeast Record Retention** **180 W River Rd** **Hooksett, NH 03106-2627** | **Judith Labbe-Huard, Elaine Adam** | **Books and Records** | ☐ No ■ Yes |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Zyacorp Entertainment I, LLC**                                      Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Judith Labbe-Huard** **PO Box 16366** **Hooksett, NH 03106-6366** | **1998 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Judith Labbe-Huard** **PO Box 16366** **Hooksett, NH 03106-6366** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Blue Ridge Bank** **17 Main St** **Luray, VA 22835** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Zyacorp Entertainment I, LLC**                                    Case number *(if known)*

| Name and address | |
|---|---|
| 26d.2. | **People's United Bank n/k/a M&T Bank**<br>**1750 Elm St Ste 110**<br>**Manchester, NH 03104-2936** |
| 26d.3. | **EPR Properties**<br>**PO Box 870631**<br>**Kansas City, MO 64187-0631** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Judith Labbe-Huard | PO Box 16366<br>Hooksett, NH 03106 | Vice President | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James V. Hatem | 900 Elm St<br>Manchester, NH 03101-2007 | Secretary | 0 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Judith Labbe-Huard** | $25,435.00 | 01/03/22 -<br>11/14/22 | Services |
| | **Relationship to debtor**<br>**Officer** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Zyacorp Entertainment I, LLC**                          Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 15, 2022**

**/s/ Judith Labbe-Huard**                              **Judith Labbe-Huard**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **Zyacorp Entertainment I, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 15, 2022**          X **/s/ Judith Labbe-Huard**
                                              Signature of individual signing on behalf of debtor

                                              **Judith Labbe-Huard**
                                              Printed name

                                              **Authorized Representative**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Zyacorp Entertainment I, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **People's United Bank n/k/a M&T Bank** | **Checking** | **0471** | **$141,601.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $141,601.00 |
   |---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Judith Labbe-Huard - Retainer** | **$3,200.00** |
| 8.2. | **Nixon Peabody LLP** | **$12,500.00** |

Debtor    **Zyacorp Entertainment I, LLC**                                    Case number *(If known)* _____
Name

9.      **Total of Part 2.**                                                      | $15,700.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
70. **Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor  **Zyacorp Entertainment I, LLC**                                          Case number *(If known)* _____
Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

| **New Hampshire Net Operating Loss Carry Forward** | Tax year **2014** | **$0.00** |
| **New Hampshire Net Operating Loss Carry Forward** | Tax year **2017** | **$0.00** |
| **New Hampshire Net Operating Loss Carry Forward** | Tax year **2018** | **$0.00** |
| **New Hampshire Net Operating Loss Carry Forward** | Tax year **2019** | **$0.00** |
| **New Hampshire Net Operating Loss Carry Forward** | Tax year **2020** | **$0.00** |
| **New Hampshire Net Operating Loss Carry Forward** | Tax year **2021** | **$0.00** |

\*\*Although New Hampshire Net Operating Losses exist, the Debtor will not be able to recognize the tax benefit due to an anticipation that there will be no future income to utilize those losses against.  As such, the value attributed to the Net Operating Losses is $0\*\*

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                          | **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Zyacorp Entertainment I, LLC**                                     Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $141,601.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,700.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $157,301.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $157,301.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Zyacorp Entertainment I, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Blue Ridge Bank**
Creditor's Name

Describe debtor's property that is subject to a lien

**$4,481,063.00**        **$0.00**

**17 Main St**
**Luray, VA 22835**
Creditor's mailing address

Describe the lien
**See Pledge & Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/07/2020**
**Last 4 digits of account number**
**0061**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,481,063.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Zyacorp Entertainment I, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,236.78** |
|---|---|---|---|
| | **101 Distribution LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **101 Films LLC** | ☐ Disputed | |
| | **Los Angeles, CA 90001** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208,727.54** |
|---|---|---|---|
| | **15 SAC Self Storage Corp** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2727 N Central Avenue St # 500** | ☐ Disputed | |
| | **Phoenix, AZ 85001** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  **0106** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694,426.28** |
|---|---|---|---|
| | **30 West Pershing LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 870631** | ☐ Disputed | |
| | **Kansas City, MO 64187-0631** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$267.64** |
|---|---|---|---|
| | **Bleecker Street Media, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 51744** | ☐ Disputed | |
| | **Los Angeles, CA 90051-6044** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com                    G14567

Debtor **Zyacorp Entertainment I, LLC**

Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,839.59 |
|---|---|---|---|

**Briarcliff Entertainment, LLC**

PO Box 102287
Pasadena, CA 91101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,092.56 |
|---|---|---|---|

**Central Hooksett Water Precinct**

PO Box 16322
Hooksett, NH 03106-6322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,237.90 |
|---|---|---|---|

**Central Maine Power Company**

PO Box 847810
Boston, MA 02284-7810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532,424.00 |
|---|---|---|---|

**Cinedigm**

PO Box 95000-376
Philadelphia, PA 19019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,517.08 |
|---|---|---|---|

**City of Saco**

300 Main St
Saco, ME 04072-1515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.10 |
|---|---|---|---|

**City of South Portland**

PO Box 6700
Lewiston, ME 04243-6700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,420.99 |
|---|---|---|---|

**City of Westbrook**

2 York St
Westbrook, ME 04092-4750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Zyacorp Entertainment I, LLC**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$463.24** |

**Coca-Cola Beverages Northeast, Inc**

PO Box 419784
Boston, MA 02241-9784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$20.26** |

**Comcast**

PO Box 70219
Philadelphia, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,750.99** |

**Consolidated Communications**

PO Box 11021
Lewiston, ME 04243-9472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$61,217.98** |

**Constellation NewEnergy, Inc.**

PO Box 4640
Carol Stream, IL 60197-4640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,378,867.82** |

**CPSP, LLC**

PO Box 66749
Falmouth, ME 04105-6749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,710.00** |

**Custom Climates HVAC, LLC**

88 Priscilla Ln Ste 5
Auburn, NH 03032-3748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,092.42** |

**Deluxe Corporation**

PO Box 4656
Carol Stream, IL 60197-4656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0500**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor  **Zyacorp Entertainment I, LLC**  Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Deluxe/ EchoStar LLC**
☐ Contingent
PO Box 31001-2873
☐ Unliquidated
Pasadena, CA 91101
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.42 |
|---|---|---|---|

**Digital Cinema Distribution Coalition**
☐ Contingent
1840 Century Park E Ste 550
☐ Unliquidated
Los Angeles, CA 90067-1763
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,775.73 |
|---|---|---|---|

**EPT New England LLC**
☐ Contingent
**c/o EPR Properties**
☐ Unliquidated
PO Box 870631
☐ Disputed
Kansas City, MO 64187-0631

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,751.02 |
|---|---|---|---|

**Eversource**
☐ Contingent
PO Box 330
☐ Unliquidated
Manchester, NH 03105-0330
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Fandango**
☐ Contingent
12200 W Olympic Blvd Ste 400
☐ Unliquidated
Los Angeles, CA 90064-1047
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,603.80 |
|---|---|---|---|

**Fielding's Oil & Propane Co., Inc.**
☐ Contingent
PO Box 470
☐ Unliquidated
Scarborough, ME 04070-0470
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,602,801.05 |
|---|---|---|---|

**Gift Card Liability**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Zyacorp Entertainment I, LLC**                                Case number (if known) _____
         Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,341.68 |
|------|---|---|---|

**Greenwich Entertainment**

☐ Contingent
☐ Unliquidated
☐ Disputed

**610 5th Ave Rm 305**
**New York, NY 10020-2403**

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,919.44 |
|------|---|---|---|

**H. T. Berry Company, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**50 North St. PO Box B**
**Canton, MA 02021-3339**

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,110.79 |
|------|---|---|---|

**Hollywood Software, Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 740916**
**Los Angeles, CA 90074-0916**

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|------|---|---|---|

**Hooksett Police Department**

☐ Contingent
☐ Unliquidated
☐ Disputed

**15 Legends Dr**
**Hooksett, NH 03106-1848**

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.85 |
|------|---|---|---|

**Hooksett Sewer Comission**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1 Egawes Dr**
**Hooksett, NH 03106-1814**

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,144.45 |
|------|---|---|---|

**ICEE Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 515723**
**Los Angeles, CA 90051-5203**

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number  **1272**        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,056.57 |
|------|---|---|---|

**Imax Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2525 Speakman Drive**
**Mississauga, ON Canada   L5K 1-B1**

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor **Zyacorp Entertainment I, LLC**

Case number (*if known*) _____

Name

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**Integrity Entertainment Systems, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3010 Troy Schenectady Rd**
**Niskayuna, NY 12309-1614**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.00 |
|---|---|---|---|

**Jerric Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 156**
**Minot, ME 04258-0156**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.67 |
|---|---|---|---|

**Keane Fire & Safety Equip. Co., Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1500 Main St**
**Waltham, MA 02451-1635**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,086.18 |
|---|---|---|---|

**Liberty Utilities-New Hampshire**

☐ Contingent
☐ Unliquidated
☐ Disputed

**75 Remittance Dr, Suite 1032**
**Chicago, IL 60675-1032**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,633.29 |
|---|---|---|---|

**Lighting Technologies International LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 31001-2422**
**Pasadena, CA 91101-0001**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0889**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.49 |
|---|---|---|---|

**Maine Water Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 11041 Lewiston, ME 04243**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,992.00 |
|---|---|---|---|

**Major Security Holdings, LLC**
**dba Cunningham Security System**
**10 Princes Point Rd**
**Yarmouth, ME 04096-6127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Zyacorp Entertainment I, LLC**                                     Case number (if known) _____
_____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Matheson Tri-Gas, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 347297
Pittsburgh, PA 15251-4297

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number **5038**    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.23 |
|---|---|---|---|

**MCI World Com**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 15043
Albany, NY 12212-5043

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265.90 |
|---|---|---|---|

**Merchant Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 639726
Cincinnati, OH 45263

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number **6770**    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.23 |
|---|---|---|---|

**Merrimack Village District**

☐ Contingent
☐ Unliquidated
☐ Disputed

2 Greens Pond Rd
Merrimack, NH 03054-4259

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.00 |
|---|---|---|---|

**Modern Pest Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

100 Pleasant St
Brunswick, ME 04011-2207

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,429.12 |
|---|---|---|---|

**National Grid**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 11735
Newark, NJ 07101-4735

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,046.91 |
|---|---|---|---|

**National Grid**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 11737
Newark, NJ 07101-4737

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor      **Zyacorp Entertainment I, LLC**                          Case number (if known) _____

_____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,153.99 |

**NBC Universal, LLC**
**dba Universal Film Exchanges**
PO Box 848270
Dallas, TX 75284-8270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,887.66 |

**NCR Corporation**

PO Box 198755
Atlanta, GA 30384-8755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **3054**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.14 |

**NuC02 LLC**

PO Box 417902
Boston, MA 02241-7902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **5982**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,780.96 |

**Paramount Pictures Corp.**

PO Box 748774
Los Angeles, CA 90074-8774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.06 |

**Pelican Communications**

67 Front St
Danville, CA 94526-3305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,802.30 |

**Pepsi-Cola**

75 Remittance Dr, Suite 1884
Chicago, IL 60675-1884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,893.51 |

**Performance Food Group, Inc.**
**dba VISTAR**
PO Box 784866
Philadelphia, PA 19178-4866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Zyacorp Entertainment I, LLC**                                Case number (if known) _____
          Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.37 |
|---|---|---|---|

**Picture Classics**

25 Madison Ave Fl 24
New York, NY 10010-8601

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,298.08 |
|---|---|---|---|

**Portland Water District**

PO Box 6800
Lewiston, ME 04243-6800

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.75 |
|---|---|---|---|

**Relativity Media, LLC**

5900 Wilshire Blvd Ste 2060
Los Angeles, CA 90036-5013

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,318.75 |
|---|---|---|---|

**RLJ Entertainment, Inc.**

8515 Georgia Ave Ste 650
Silver Spring, MD 20910-3497

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.12 |
|---|---|---|---|

**Roadside Attractions, LLC**

PO Box 511630
Los Angeles, CA 90051-8185

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sage Software, Inc.**

14855 Collection Center Dr
Chicago, IL 60693-0148

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,870.88 |
|---|---|---|---|

**Strong Technical Services, Inc.**

PO Box 310299
Des Moines, IA 50331-0299

Date(s) debt was incurred __
Last 4 digits of account number  6335

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **Zyacorp Entertainment I, LLC**                                    Case number (if known) _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,278.74 |

**Sysco Boston, LLC**
☐ Contingent
**99 Spring St**   ☐ Unliquidated
**Plympton, MA 02367-1701**   ☐ Disputed

Date(s) debt was incurred __   **Basis for the claim:** __

Last 4 digits of account number  **8323**   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,178.67 |

**Time Warner Cable**
☐ Contingent
**PO Box 4617**   ☐ Unliquidated
**Carol Stream, IL 60197-4617**   ☐ Disputed

Date(s) debt was incurred __   **Basis for the claim:** __

Last 4 digits of account number  **1001**   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,868.00 |

**Town of Hooksett**
☐ Contingent
**35 Main St**   ☐ Unliquidated
**Hooksett, NH 03106-1631**   ☐ Disputed

Date(s) debt was incurred __   **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,647.00 |

**Town of Merrimack**
☐ Contingent
**Town Clerk/Tax Collector**   ☐ Unliquidated
**6 Baboosic Lake Rd**   ☐ Disputed
**Merrimack, NH 03054-3605**

Date(s) debt was incurred __   **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.30 |

**Town of Salisbury**
☐ Contingent
**PO Box 534**   ☐ Unliquidated
**Medford, MA 02155-0006**   ☐ Disputed

Date(s) debt was incurred __   **Basis for the claim:** __

Last 4 digits of account number  **1038**   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,388.36 |

**Town of Salisbury - Pennichuck**
☐ Contingent
**PO Box 410**   ☐ Unliquidated
**Nashua, NH 03061**   ☐ Disputed

Date(s) debt was incurred __   **Basis for the claim:** __

Last 4 digits of account number  **1134**   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,427.24 |

**Trafalgar**
☐ Contingent
**55 Strand 8th Floor**   ☐ Unliquidated
**London   WC2N5-LR**   ☐ Disputed

Date(s) debt was incurred __   **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zyacorp Entertainment I, LLC** | Case number (If known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,749.79 |
| --- | --- | --- | --- |

**Untiil Service Corp**

PO Box 981010
Boston, MA 02298-1010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.42 |
| --- | --- | --- | --- |

**Verizon**

PO Box 15124
Albany, NY 12212-5124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  0138

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,753.35 |
| --- | --- | --- | --- |

**Vista Entertainment Solutions (USA), Inc**

335 N Maple Dr # Suite 150
Beverly Hills, CA 90210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  1548

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.00 |
| --- | --- | --- | --- |

**Walt Disney Studios Motion Pictures**

PO Box 732554
Dallas, TX 75373-2554

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,515.96 |
| --- | --- | --- | --- |

**Warner Bros. Distribution Inc.**
3585 Atlanta Ave.
Warner Bros. Lockbox 936193
Hapeville, GA 30354-1705

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.87 |
| --- | --- | --- | --- |

**Wells Fargo Vend Financial Leasing, Inc.**

PO Box 41564
Philadelphia, PA 19101-1564

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  8091

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105,040.71 |
| --- | --- | --- | --- |

**Zyacorp Inc.**

PO Box 16366
Hooksett, NH 03106-6366

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Zyacorp Entertainment I, LLC**                  Case number (if known)

          Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $        **7,513,564.97** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        **7,513,564.97** |

Fill in this information to identify the case:

Debtor name   **Zyacorp Entertainment I, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Program content | |
| | State the term remaining | | ACJV Fathom |
| | List the contract number of any government contract | | 9110 E Nichols Ave Ste 200 Centennial, CO 80112-3451 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Inventory | |
| | State the term remaining | | Bottling Group, LLC Pepsi Beverages Company |
| | List the contract number of any government contract | | 127 Pepsi Rd Manchester, NH 03109-5319 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | VPF Guarantee | |
| | State the term remaining | | CDF2 Holdings, LLC  (Cinedigm) c/o Cinedigm Digital Cinema Corp |
| | List the contract number of any government contract | | 6255 W Sunset Blvd Ste 1025 Hollywood, CA 90028-7404 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Inventory | |
| | State the term remaining | | Coca-Cola Bottling Co. Northern NE 1 Executive Park Dr Ste 330 |
| | List the contract number of any government contract | | Bedford, NH 03110-6913 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Zyacorp Entertainment I, LLC**

First Name    Middle Name    Last Name

Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Electricity** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Constellation NewEnergy Inc.**<br>**1221 Lamar St Ste 700**<br>**Houston, TX 77010-4047** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Service and Maintenance** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Custom Cimates HVAC, LLC**<br>**88 Priscilla Ln Unit 4**<br>**Auburn, NH 03054** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Program Content** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Digital Cinema Distribution Coalition**<br>**1840 Century Park E Ste 440**<br>**Los Angeles, CA 90067-2124** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Ticketing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fandango**<br>**12200 W Olympic Blvd Ste 400**<br>**Los Angeles, CA 90064-1047** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **NOSS Software** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hollywood Software Inc. (Cinedigm)**<br>**5000 Van Nuys Blvd Ste 300**<br>**Sherman Oaks, CA 91403-1784** |

| Debtor 1 | **Zyacorp Entertainment I, LLC** | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Software | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **IMAX**<br>**2525 Speakman Drive Sheridan Park**<br>**Mississauga, Ontario. Ca   L5K 1-B1** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Gas Delivery | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Matheson Tri*Gas**<br>**P.O. Box 347297**<br>**Pittsburgh, PA 11521** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Hardware Maintenance | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **NCR Radiant**<br>**3925 Brookside Pkwy**<br>**Alpharetta, GA 30022-4429** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Film Distribution | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Paramount Pictures Corporation**<br>**5555 Melrose Ave**<br>**Los Angeles, CA 90038-3989** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | On Screen Advertising | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Screenvision Exhibition, Inc.**<br>**1411 Broadway Fl 33**<br>**New York, NY 10018-3423** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Zyacorp Entertainment I, LLC**                                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **NOC Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Strong Technical Services, Inc.** |
| | List the contract number of any government contract | | **4350 McKinley St**<br>**Omaha, NE 68112-1643** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Film Distribution** | |
|---|---|---|---|
| | State the term remaining | | **Universal Film Exchange LLC** |
| | List the contract number of any government contract | | **1000 Universal City Plz Bldg 1220**<br>**Universal City, CA 91608** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing** | |
|---|---|---|---|
| | State the term remaining | | **Vantiv, LLC** |
| | List the contract number of any government contract | | **8500 Governors Hill Dr**<br>**Cincinnati, OH 45249-1384** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **POS Software** | |
|---|---|---|---|
| | State the term remaining | | **Vista Entertainment Solutions Inc.** |
| | List the contract number of any government contract | | **6300 Wilshire Blvd Ste 940**<br>**Los Angeles, CA 90048-5235** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Film Distribution** | |
|---|---|---|---|
| | State the term remaining | | **Walt Disney Studios** |
| | List the contract number of any government contract | | **500 S Buena Vista St**<br>**Burbank, CA 91521-0001** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Zyacorp Entertainment I, LLC**                              Case number *(if known)* _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.20.   State what the contract or lease is for and the nature of the debtor's interest    **Film Distribution**

State the term remaining

List the contract number of any government contract    _____    **Warner Bros. Distributing Inc.**
**4000 Warner Blvd**
**Burbank, CA 91522-0001**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Zyacorp Entertainment I, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Zyacorp Entertainment II, LLC** | **PO Box 16366** **Hooksett, NH 03106-6366** | **Blue Ridge Bank** | ■ D  **2.1** ☐ E/F ____ ☐ G  ____ |
| 2.2 | **Zyacorp Entertainment II, LLC** | **PO Box 16366** **Hooksett, NH 03106** | **CDF2 Holdings, LLC (Cinedigm)** | ☐ D ____ ☐ E/F ____ ■ G  **2.2** |
| 2.3 | **Zyacorp Entertainment II, LLC** | **PO Box 16366** **Hooksett, NH 03106** | **Coca-Cola Bottling Co. Northern NE** | ☐ D ____ ☐ E/F ____ ■ G  **2.3** |
| 2.4 | **Zyacorp Entertainment II, LLC** | **PO Box 16366** **Hooksett, NH 03106** | **NCR Radiant** | ☐ D ____ ☐ E/F ____ ■ G  **2.10** |
| 2.5 | **Zyacorp Entertainment II, LLC** | **PO Box 16366** **Hooksett, NH 03106** | **Strong Technical Services, Inc.** | ☐ D ____ ☐ E/F ____ ■ G  **2.13** |
| 2.6 | **Zyacorp Entertainment II, LLC** | **PO Box 16366** **Hooksett, NH 03106** | **Vista Entertainment Solutions Inc.** | ☐ D ____ ☐ E/F ____ ■ G  **2.14** |

Debtor     **Zyacorp Entertainment I, LLC**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 | **Zyacorp Entertainment II, LLC** | **PO Box 16366 Hooksett, NH 03106** | **Walt Disney Studios** | ☐ D _____ ☐ E/F _____ ■ G  __2.18__ |
| 2.8 | **Zyacorp Entertainment II, LLC** | **PO Box 16366 Hooksett,  NH 03106** | **Warner Bros. Distributing Inc.** | ☐ D _____ ☐ E/F _____ ■ G  __2.19__ |
| 2.9 | **Zyacorp Entertainment II, LLC** | **PO Box 16366 Hooksett,  NH 03106** | **Universal Film Exchange LLC** | ☐ D _____ ☐ E/F _____ ■ G  __2.20__ |

| Fill in this information to identify the case: |
|---|

Debtor name  **Zyacorp Entertainment I, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE, MANCHESTER DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................................   $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................   $ **157,301.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................   $ **157,301.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ **4,481,063.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ **7,513,564.97**

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b

   | $ **11,994,627.97** |
   |---|

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Hampshire, Manchester Division

In re **Zyacorp Entertainment I, LLC**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 18,302.07 |
| Prior to the filing of this statement I have received | $ | 18,302.07 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 15, 2022**

*Date*

**/s/ Morgan C. Nighan**

**Morgan C. Nighan**
*Signature of Attorney*
**Nixon Peabody LLP**

**900 Elm Street**
**Manchester, NH 03060**
**(603) 628-4000   Fax: (603) 628-4040**
**mnighan@nixonpeabody.com**
*Name of law firm*

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

--------------------------------------------------------------x
:
In re: :
: **Chapter 7**
**ZYACORP ENTERTAINMENT I, LLC,** :
: **Case No. 22-_____ (___)**
Debtor. :
:
-------------------------------------------------------------- x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure

Zyacorp Entertainment I, LLC (the "Debtor") certifies that the Debtor is limited liability

company organized under the laws of the State of New Hampshire and its holders of equity

interests are as follows:

| Class A Common Interests | |
|---|---|
| **Name/Address** | **Number of Class A Common Interests** |
| Elaine M.S. Adam, as Trustee of the Mark T. Adam 2000 Revocable Trust | 80 |
| **Class B Common Interests** | |
| **Name/Address** | **Number of Class B Common Interests** |
| Elaine M.S. Adam, as Trustee of the Mark T. Adam 2000 Revocable Trust | 10 |
| James V. Hatem, as Trustee of the Adam Children's 2006 Irrevocable Trust | 10 |
| **Preferred Interests** | |
| **Name/Address** | **Amount** |
| Elaine M.S. Adam, as Trustee of the Mark T. Adam 2000 Revocable Trust | $3,584,983.51 plus an 8% per annum preferred return |

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

I, the undersigned signatory of the Debtor, declare under penalty of perjury that I have reviewed the corporate ownership statement submitted herewith and that it is true and correct to the best of my information and belief.

Dated:  December 15, 2022

_/s/ Judith Labbe-Huard_
Judith Labbe-Huard
Authorized Representative

2